NO. 07-03-0341-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 12, 2003

_____

RICHARD PREWITT, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 356TH DISTRICT COURT OF HARDIN COUNTY;

NO. 14648; HONORABLE BRITT PLUNK, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Pending before this Court is appellant's motion to dismiss his appeal. Pursuant to Rule 42.2(a) of the Texas Rules of Appellate Procedure, the request to withdraw the notice of appeal is signed by appellant. No decision of this Court having been delivered to date,

we grant the motion.  No motion for rehearing will be entertained and our mandate will issue forthwith.

        Accordingly, the appeal is dismissed.


                      Don H. Reavis
                         Justice

Do not publish.